| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: March 7, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 11:10 - 11:13 |

√ **ARRAIGNMENT**   ❏ **CHANGE OF PLEA**   ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**   ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Rus Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr038-W   **DEFENDANT NAME:** Malinda Walker
**AUSA:** Neal Frazier   **DEFENDANT ATTORNEY:** Christine Freeman

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? (√)NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
√ **Financial Affidavit executed. ORAL MOTION** for appointment of Counsel.
√ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   √ Not Guilty
  ❏ Guilty as to:
    ❏ Count(s):
    ❏ Count(s):       ❏ dismissed on oral motion of USA
              ❏ to be dismissed at sentencing

❏ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count
√ **MISDEMEANOR CRIMINAL TERM:  5/15/06**     ❏ **WAIVER OF SPEEDY TRIAL** filed.

**DISCOVERY DISCLOSURE DATE: 3/7/06**

❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
    ❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
    ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed
      ❏ Defendant requests time to secure new counsel