| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: May 9, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 8:38 - 8:50 |

☐ **ARRAIGNMENT**   √ **CHANGE OF PLEA**   ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**   ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr38-SRW    **DEFENDANT NAME:** Malinda Walker
**AUSA:** Neal Frazier    **DEFENDANT ATTORNEY:** Kevin Butler

Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Dwayne Spurlock
Interpreter present? ( √ )NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ☐ Not Guilty
   √ Guilty as to:
      √ Count(s): 1 of the Information
      ☐ Count(s):       ☐ dismissed on oral motion of USA
                  ☐ to be dismissed at sentencing

√ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Information
☐ CRIMINAL TERM:      ☐ WAIVER OF SPEEDY TRIAL filed.

**DISCOVERY DISCLOSURE DATE:**

√ Defendant executed Appearance Bond in the amount of $1,000.00.
   ☐ Trial on _____;   √ Sentencing to be set by order
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
      ☐ Defendant requests time to secure new counsel