| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE: July 18, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING: 10:00 - 10:06** |

❏ ARRAIGNMENT    ❏ CHANGE OF PLEA    ❏ CONSENT PLEA
❏ RULE 44(c) HEARING    √ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr38-SRW    **DEFENDANT NAME:** Malinda Walker
**AUSA:** Neal Frazier    **DEFENDANT ATTORNEY:** Michael Petersen

Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Terrence Marshall
**Interpreter present?** ( √ )NO; ( )YES    Name:

---

| | |
|---|---|
| 10:00 a.m. | Court convenes |
| | No objections to presentence report. |
| 10:02 a.m. | Defendant's statements to the court before sentence is imposed. |
| 10:03 a.m. | Sentence stated. |
| 10:04 a.m. | No objections to sentence. |
| | Sentence is ordered imposed as stated. |
| 10:05 a.m. | Court's statements to defendant. |
| 10:06 a.m. | Court recessed. |